THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Derrick B. Gordon,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No.  2005-UP-068
Submitted January 1, 2005  Filed January 
 26, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, Office of Appellate 
 Defense, of Columbia, for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal 
 Counsel Tommy Evans, Jr., and Legal Counsel J. Benjamin Aplin, all of Columbia, 
 for Respondent.
 
 
 

PER CURIAM:  Derrick Gordon pled guilty 
 to pointing a firearm and criminal domestic violence.  He was sentenced to five 
 years in prison, suspended on service of one year of probation.  On October 
 8, 2003, the State issued a warrant for Gordons arrest, alleging violations 
 of the terms of his probation.  During a probation hearing on December 12, 2003, 
 Gordons probation was revoked and his entire suspended sentence was imposed.  
 Gordon appeals, arguing the evidence was insufficient to establish he violated 
 his probation and did not justify revoking his probation.  On appeal, counsel 
 for Gordon has filed a brief pursuant to Anders v. California, 386 U.S. 
 738 (1967), asserting that there were no meritorious grounds for appeal and 
 requesting permission to withdraw from further representation.  Gordon filed 
 a pro se response.  
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED. [1] 
 
ANDERSON, STILWELL, and SHORT, JJ., concur. 

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.